■ TELECOMMUNICATIONS TECHNOLOGY CORPORATION, Appellant, v DEUTSCHE BANK AG. et al., Respondents. [698 NYS2d 850] —Order, Supreme Court, New York County (Elliott Wilk, J.), entered June 1, 1998, which denied plaintiff's motion to expand the scope of discovery, unanimously affirmed, without costs.

The motion court properly exercised its broad discretion in supervising the discovery process (*see, Allen v Crowell-Collier Publ. Co.*, 21 NY2d 403, 406; *Lewis v Hertz Corp.*, 193 AD2d 470) when it limited defendants' obligation to disclose documents regarding their relationships with nonparty consulting firms to the period prior to November 16, 1993. Contrary to plaintiff's contention, the court's order did not resolve any issues other than the scope of discovery. We have considered plaintiff's other arguments and find them to be without merit. Concur—Williams, J. P., Rubin, Saxe and Friedman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FELIX ORTIZ, Appellant. [698 NYS2d 465] —Judgment, Supreme Court, Bronx County (Richard Price, J.), rendered December 11, 1997, convicting defendant, on his plea of guilty, of vehicular manslaughter in the second degree, vehicular assault in the second degree (2 counts), and operating a motor vehicle while under the influence of alcohol, and sentencing him to four concurrent terms of 6 months imprisonment and 4½ years probation, unanimously affirmed.

Defendant's valid waiver of his right to appeal forecloses appellate review of his excessive sentence claim (*People v Hidalgo*, 91 NY2d 733). In any event, we perceive no abuse of sentencing discretion. Concur—Williams, J. P., Rubin, Saxe and Friedman, JJ.